BC

FILED
8/17/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VW

1:26-cr-00449
Judge Jeremy C. Daniel
Magistrate Judge Young B. Kim
RANDOM/ CAT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAMED ALSAIDI | Case No.<br><br>Violations: Title 26, United States Code, Section 5861(d) |

**COUNTS ONE THROUGH EIGHT**

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about August 1, 2026, at Mokena, in the Northern District of Illinois, Eastern Division,

HAMED ALSAIDI,

defendant herein, did knowingly possess destructive devices, as that term is defined in Title 26, United States Code, Section 5845(f), namely, approximately eight glass bottles containing an ignitable liquid and a wicking component in the form commonly referred to as a "Molotov cocktail," which destructive devices were not registered to him in the National Firearms Registration and Transfer Record, the possession of each of which forms a separate offense, as follows;

| **Count** | **Bottle Description** |
|---|---|
| 1 | Aristocrat vodka bottle (ATF Ex. No. 1) |
| 2 | Montezuma tequila bottle (ATF Ex. No. 7) |
| 3 | Miller Lite beer bottle (ATF Ex. No. 13) |
| 4 | Miller Lite beer bottle (ATF Ex. No. 37) |

| | |
|---|---|
| 5 | Budweiser beer bottle (ATF Ex. No. 19) |
| 6 | Budweiser beer bottle (ATF Ex. No. 25) |
| 7 | Bud Light beer bottle (ATF Ex. No. 31) |
| 8 | Bud Light beer bottle (ATF Ex. No. 43) |

In violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL:

______________________________
FOREPERSON

____________________________________
ANDREW S. BOUTROS
UNITED STATES ATTORNEY