UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAMED ALSAIDI | Case No. 26 CR 449<br><br>Magistrate Judge Young B. Kim |

**PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name: HAMED ALSAIDI
Date of Birth: **/**/1995
Sex: Male
Jail/Prisoner #: A245940695

is incarcerated in the following institution:

Miami Correctional, Bunker Hill, Indiana.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 26, United States Code, Section 5861(d) (possession of unregistered destructive devices), and is now wanted in such division and district at **09:00 a.m. on September 3, 2026**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 11:00 a.m.

for an initial appearance before Magistrate Judge YOUNG B. KIM, in courtroom 1743.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following person:

BRIAN ENGLISH
Warden
Miami Correctional
3038 W 850 S
Bunker Hill, Indiana

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that HAMED ALSAIDI be returned forthwith to said institution from which he was brought.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ *Davis Shugrue*
DAVIS SHUGRUE
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 353-1980