UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAMED ALSAIDI | Case No. 26 CR 449<br><br>Magistrate Judge Young B. Kim |

**ORDER**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: HAMED ALSAIDI
Date of Birth: **/**/1995
Sex: Male
Jail/Prisoner #: A245940695

now is incarcerated in the following institution:

Miami Correctional
3038 W 850 S
Bunker Hill, Indiana

and that said defendant has been charged in the above-captioned case with violations of Title 26, United States Code, Section 5861(d) (possession of unregistered destructive devices), and that said defendant should be produced at **09:00 a.m. on September 3, 2026**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 1:00 p.m. for an initial appearance before Magistrate Judge YOUNG B. KIM, in courtroom 1743.

IT IS THEREFORE ORDERED that the following person:

BRIAN ENGLISH
Warden

Miami Correctional
3038 W 850 S
Bunker Hill, Indiana

bring or cause to be brought before this Court, at said time on said date, before Magistrate Judge YOUNG B. KIM, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

YOUNG B. KIM
Magistrate Judge

DATED at Chicago, Illinois
this 21 day of August, 2026.